**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVALAN SALES, INC., A CORPORATION; DAVALAN SALES, INC., A CORPORATION, DOING BUSINESS AS THE BANANA COMPANY,<br><br>        Plaintiff,<br><br>  v.<br><br>SO. CAL. FRESH CHOICE, INC., A CORPORATION AND DOING BUSINESS AS UPLAND FARMERS MARKET; MAHMOOD N. JAFARY, AN INDIVIDUAL,<br><br>        Defendants. | Case No. EDCV 13-00550-VAP (DTBx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Minute Order filed herewith, IT IS ORDERED AND ADJUDGED that Judgment is entered in favor of Plaintiffs Dalavan Sales, Inc., a corporation, and Dalavan Sales, Inc., a corporation doing business as The Banana Company ("Plaintiffs"), against Defendants So. Cal. Fresh Choice, Inc., a corporation and doing business as Upland Farmers Market, and Mahmood N. Jafary, an

individual ("Defendants").  The Court orders that such judgment be entered.

    Pursuant to this Judgment, Defendants are ordered to pay Plaintiffs: (1) damages in the principal amount of $$13,286.05 (the "Principal Amount"); (2) pre-judgment interest on the Principal Amount through and including July 19, 2013 in the amount of $4,305.22; (3) pre-judgment interest on the Principal Amount from July 19, 2013 to the day of judgment at the rate of $6.55 per day; (4) post-judgment interest on the Principal Amount at the rate of 18% per annum; (5) costs in the amount of $566.36; and (6) attorneys' fees in the amount of $1,397.16.  Defendants are subject to joint and several liability.

Dated: <u>August 22, 2013</u>

                                VIRGINIA A. PHILLIPS
                             United States District Judge