**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVALAN SALES, INC., A CORPORATION; DAVALAN SALES, INC., A CORPORATION, DOING BUSINESS AS THE BANANA COMPANY,<br><br>          Plaintiff,<br><br>     v.<br><br>SO. CAL. FRESH CHOICE, INC., A CORPORATION AND DOING BUSINESS AS UPLAND FARMERS MARKET; MAHMOOD N. JAFARY, AN INDIVIDUAL,<br><br>          Defendants. | Case No. EDCV 13-00550-VAP (DTBx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Minute Order filed herewith, IT IS ORDERED AND ADJUDGED that Judgment is entered in favor of Plaintiffs Dalavan Sales, Inc., a corporation, and Dalavan Sales, Inc., a corporation doing business as The Banana Company ("Plaintiffs"), against Defendants So. Cal. Fresh Choice, Inc., a corporation and doing business as Upland Farmers Market, and Mahmood N. Jafary, an

1 individual ("Defendants").  The Court orders that such
2 judgment be entered.
3
4     Pursuant to this Judgment, Defendants are ordered to
5 pay Plaintiffs: (1) damages in the principal amount of
6 $$13,286.05 (the "Principal Amount"); (2) pre-judgment
7 interest on the Principal Amount through and including
8 July 19, 2013 in the amount of $4,305.22; (3) pre-
9 judgment interest on the Principal Amount from July 19,
10 2013 to the day of judgment at the rate of $6.55 per day;
11 (4) post-judgment interest on the Principal Amount at the
12 rate of 18% per annum; (5) costs in the amount of
13 $566.36; and (6) attorneys' fees in the amount of
14 $1,397.16.  Defendants are subject to joint and several
15 liability.
16
17
18 Dated: <u>August 22, 2013</u>
                                    VIRGINIA A. PHILLIPS
19                                  United States District Judge